[No. 6221–0–III. Division Three. April 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
EARL BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00728–9, Howard Hettinger, J., entered December 1, 1983. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6911–7–III. Division Three. April 18, 1985.]

*In the Matter of* JOAN J. M.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–4–01439–5, William G. Luscher, J., entered January 22, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6732–3–II. Division Two. April 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
ALLEN SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 5964, David R. Draper, J., entered November 4, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.